# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

---

HECTOR PEREZ, MEHRDAD
KAJIAN, MICHAEL VAN
DIJK, NARIEN VAN DIJK,
GENEVIEVE BOURGEOIS,
ROGER SOURTHEZ,
DANIELLE PERRUCHON,
GUILLAUME BERNARD, ANN
LAURE BRET, GUILLAUME
BRET, GLADYS CLERO,
LAURENT CLERO, PERONY
LOUIS, JESSICA QUINTANE,
OLIVIER CARRASCO,
SANDRINE MAROLLEAU,
BENOIT SANCHILDE,
VIRGINIE SANCHILDE,
XAVIER DAVID,
EMMANUELLE BIHAN-FAVE,
PHILLIPE BIHAN, FRANCOIS
DUMOULIN, COLETTE
BENASSY, NICOLE
CAMPANA, JULIEN
LALLEMAND, ANGELO LA
COGNATA, EKE SHULI,
CELINE LACROUTS,
LILIEANA DOBRIA, FIORINO
DE SANTO, RAYRUB MARIA
TORRES OTANEZ,  RAYSA
MERCEDES OTANEZ
STURLA, FAIZAL SULEMAN
AGJEE, NAFEESA AGJEE,
ZAHRA AGJEE, ZAHEER
FAIZAL AGJEE, CARLOS

Case No. _____

JOSE PENACOPA PEREZ,
JOSE LUIS PENACOPA
NAVARRO, SALVATORE
CUCCU, GIOVANNA CINUS,
GIOVANNA CINUS, as the
representative of LUIGI
CUCCU,   GIOVANNA CINUS,
as the representative of
GIULIA CUCCU, LUCA
VERBENI, FRANCESCA
FALCHI, FRANCESCA
FALCHI, as the representative
of LORENZO VERBENI,
FRANCESCA FALCHI, as the
representative of MATTEO
VERBENI, MARIA VALERIA
ABALOS, MARIA SILVINA
ABALOS, MARIA INES LONA,
MARCELA CECILIA
FERNANDEZ D'AVOLA,
NELSON LEONARDO
HARASTA, VALENTINA
MAKENA HARASTA,
CYRIELLE MARIE WAHL,
MARTINE WAHL,
ELIZABETH TARGINO
BEZERRA, ELIZABETH
TARGINO BEZERRA, as the
representative of MARIA
CLARA TARGINO BEZERRA,
GIANNI RONCONI, ELIANE
CONCEICAO TAMIOZZO,
MAURO SANSONI, ANGELA
TRITTO, ANTONIA NINA
FAUCI, ANTONIO ABATE,
FABIO ABATE, ROCCO
TRITTO, DRAGOS GIURCAN,
GEORGE CARAMAN,
ANGELA BRAVATA,

FRANSERGIO MARTINS DE OLIVEIRA, MARCIA MARIA NASCIMENTO, ANNE MARIE KREUTZER, CORNELIA BEHLER, BERNHARD BEHLER, DIETRICH MEYER, UGO BROLLI, EDITH BRUNS, ELKE ANNA MEYER, ELVIRA GERG, GERHARD KOCH, HEINI BOHLANDER, HORST KRIEGER, JOACHIM HEIN, KARIN STEINKUEHLER, HELMUT KRAUSE, RENATE KRAUSE, LILLI BROLLI, GERALD LOFFLER, MARVIN WIESENHOFER, MICHAEL WIESENHOFER, PETER ROSCHKE, ROSWITHA KOCH, UTE CHRISTIANE THOMAS, WULF HARTMUT THOMAS, WILHELM GERG, ANNELIESE KEISLING, GUNTER BECKER, RENATE BECKER, GERDA SCHREIBER, DIANA KREUTZER, KURT SCHREIBER, MISCHA MUELLER, JANETTE MUELLER, SANDRA BIRNSTIEL, SUSANNE SCHANZ, TATJANA JUSTUS, VIKTOR JUSTUS, KAI WAHLKREUTZER, VERA MEYER, ANNELIESE PHILIPPI, UDO BREPOHL, INGRID BREPOHL, SABINE HEIN, WILLI HEIN, KATOK MARINA, ALEXANDER TRUSOV, ELENA ZHURUK,

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

RUSLAN SIRAZETDINOV,
LIA ARAGAO, ALESSANDRO
COGONI, ALESSANDRO
COGONI, as the representative
of MARCO COGONI,
ALESSANDRO COGONI, as
the representative of
FEDERICO COGONI,
CLAUDIA URRU, NATHALIA
COSTA LIMA BEZERRA,
NATHALIA COSTA LIMA
BEZERRAM, as the
representative of MARIA
CLARA BEZERRA, CAROLINA
COSTA LIMA BEZERRA,
CARMEN TINELLI, MARIA
ANGELICA HUILCA
GALINDO, as the
representative of DIEGO
MONTESSI, ELIO MONTESSI,
MARIA ANGELICA HUILCA
GALINDO, as the
representative of FILIPPO
MONTESSI,  MARCO
MONTESSI, MARIA
ANGELICA HUILCA
GALINDO, GIANLUCA
GABRIELLI, LAURA
AVALLONE, as the
representative of GIORGIA
GABRIELLI, LAURA
AVALLONE, as the
representative of GIULIA
GABRIELLI, LAURA
AVALLONE, ROSA
CAMPANELLA, ROSA
FERRARA, VALENTINA
GRATTAGLIANO, VITA
GRECO, GIUSEPPE MICCOLI,

4

MARIO MICCOLI, MARIO
MICCOLI, as the
representative of NUNZIA
MICCOLI, VITO MICOOLI,
LEONARDA SABATELLI,
ROSA ZACCARIA, ANGELA
MARIA REDMANN, SAFAA
SIKRI, GEORGIOS SIAVVAS,
DARIA BUC, SANDRINE
ROQUE, ROSILDO ROQUE,
PATRICIA DUNACUSKY,
JEAN RENE MARTIN,
PIERRE BERTAULT-PERES,
and FRANCOISE BERTAULT-
PERES

  Plaintiffs,

v.

CARNIVAL CORPORATION,
COSTA CRUISE LINES, INC.,
& COSTA CROCIERE, S.P.A.

  Defendants.

---

# COMPLAINT FOR DAMAGES

Plaintiffs HECTOR PEREZ, MEHRDAD KAJIAN, MICHAEL VAN

DIJK, NARIEN VAN DIJK, GENEVIEVE BOURGEOIS, ROGER

SOURTHEZ, DANIELLE PERRUCHON, GUILLAUME BERNARD,

ANN LAURE BRET, GUILLAUME BRET, GLADYS CLERO,

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

LAURENT CLERO, PERONY LOUIS, JESSICA QUINTANE, OLIVIER CARRASCO, SANDRINE MAROLLEAU, BENOIT SANCHILDE, VIRGINIE SANCHILDE, XAVIER DAVID, EMMANUELLE BIHAN-FAVE, PHILLIPE BIHAN, FRANCOIS DUMOULIN, COLETTE BENASSY, NICOLE CAMPANA, JULIEN LALLEMAND, ANGELO LA COGNATA, EKE SHULI, CELINE LACROUTS, LILIEANA DOBRIA, FIORINO DE SANTO, RAYRUB MARIA TORRES OTANEZ, RAYSA MERCEDES OTANEZ STURLA, FAIZAL SULEMAN AGJEE, NAFEESA AGJEE, ZAHRA AGJEE, ZAHEER FAIZAL AGJEE, CARLOS JOSE PENACOPA PEREZ, JOSE LUIS PENACOPA NAVARRO, SALVATORE CUCCU, GIOVANNA CINUS, GIOVANNA CINUS, as the representative of LUIGI CUCCU, GIOVANNA CINUS, as the representative of GIULIA CUCCU, LUCA VERBENI, FRANCESCA FALCHI, FRANCESCA FALCHI, as the representative of LORENZO VERBENI, FRANCESCA FALCHI, as the representative of MATTEO VERBENI, MARIA VALERIA ABALOS, MARIA SILVINA ABALOS, MARIA INES LONA, MARCELA CECILIA FERNANDEZ D'AVOLA, NELSON LEONARDO HARASTA, VALENTINA MAKENA HARASTA, CYRIELLE MARIE WAHL, MARTINE WAHL, ELIZABETH

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

TARGINO BEZERRA, ELIZABETH TARGINO BEZERRA, as the representative of MARIA CLARA TARGINO BEZERRA, GIANNI RONCONI, ELIANE CONCEICAO TAMIOZZO, MAURO SANSONI, ANGELA TRITTO, ANTONIA NINA FAUCI, ANTONIO ABATE, FABIO ABATE, ROCCO TRITTO, DRAGOS GIURCAN, GEORGE CARAMAN, ANGELA BRAVATA, FRANSERGIO MARTINS DE OLIVEIRA, MARCIA MARIA NASCIMENTO, ANNE MARIE KREUTZER, CORNELIA BEHLER, BERNHARD BEHLER, UGO BROLLI, DIETRICH MEYER, EDITH BRUNS, ELKE ANNA MEYER, ELVIRA GERG, GERHARD KOCH, HEINI BOHLANDER, HORST KRIEGER, JOACHIM HEIN, KARIN STEINKUEHLER, HELMUT KRAUSE, RENATE KRAUSE, LILLI BROLLI, GERALD LOFFLER, MARVIN WIESENHOFER, MICHAEL WIESENHOFER, PETER ROSCHKE, ROSWITHA KOCH, UTE CHRISTIANE THOMAS, WULF HARTMUT THOMAS, WILHELM GERG, ANNELIESE KEISLING, GUNTER BECKER, RENATE BECKER, GERDA SCHREIBER, DIANA KREUTZER, KURT SCHREIBER, MISCHA MUELLER, JANETTE MUELLER, SANDRA BIRNSTIEL, SUSANNE SCHANZ, TATJANA JUSTUS, VIKTOR JUSTUS, KAI WAHLKREUTZER, VERA MEYER, ANNELIESE PHILIPPI, UDO

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

BREPOHL, INGRID BREPOHL, SABINE HEIN, WILLI HEIN, KATOK MARINA, ALEXANDER TRUSOV, ELENA ZHURUK, RUSLAN SIRAZETDINOV, LIA ARAGAO, ALESSANDRO COGONI, ALESSANDRO COGONI, as the representative of MARCO COGONI, ALESSANDRO COGONI, as the representative of FEDERICO COGONI, CLAUDIA URRU, NATHALIA COSTA LIMA BEZERRA, NATHALIA COSTA LIMA BEZERRAM, as the representative of MARIA CLARA BEZERRA, CAROLINA COSTA LIMA BEZERRA, CARMEN TINELLI, MARIA ANGELICA HUILCA GALINDO, as the representative of DIEGO MONTESSI, ELIO MONTESSI, MARIA ANGELICA HUILCA GALINDO, as the representative of FILIPPO MONTESSI,  MARCO MONTESSI, MARIA ANGELICA HUILCA GALINDO, GIANLUCA GABRIELLI, LAURA AVALLONE, as the representative of GIORGIA GABRIELLI, LAURA AVALLONE, as the representative of GIULIA GABRIELLI, LAURA AVALLONE, ROSA CAMPANELLA, ROSA FERRARA, VALENTINA GRATTAGLIANO, VITA GRECO, GIUSEPPE MICCOLI,  MARIO MICCOLI, MARIO MICCOLI, as the representative of NUNZIA MICCOLI, VITO MICOOLI, LEONARDA SABATELLI, ROSA ZACCARIA, ANGELA MARIA REDMANN, SAFAA SIKRI, GEORGIOS SIAVVAS, DARIA

8

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

BUC, SANDRINE ROQUE, ROSILDO ROQUE, PATRICIA DUNACUSKY, JEAN RENE MARTIN, PIERRE BERTAULT-PERES, and FRANCOISE BERTAULT-PERES sue Defendants CARNIVAL CORPORATION, COSTA CRUISE LINES, INC., and COSTA CROCIERE, S.P.A. and alleges as follows:

## INTRODUCTORY STATEMENT

1.     This lawsuit arises from the shipwreck of the M/S Costa Concordia ("Concordia") off the coast of the Isola del Giglio, Italy on January 13, 2012. Plaintiffs are passengers on Concordia who suffered injury and damage as a result of the shipwreck

## PARTIES

2.     Plaintiff HECTOR PEREZ is a resident of New York.

3.     Plaintiff MEHRDAD KAJIAN is a resident of Wisconsin.

4.     Plaintiff MICHAEL VAN DIJK is a resident of Pretoria, South Africa.

5.     Plaintiff NARIEN VAN DIJK is a resident of Pretoria, South Africa.

6.     Plaintiff GENEVIEVE BOURGEOIS is a resident of France.

7.     Plaintiff ROGER SOURTHEZ is a resident of France.

8.     Plaintiff DANIELLE PERRUCHON is a resident of France.

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

9.    Plaintiff GUILLAUME BERNARD is a resident of France.

10.   Plaintiff ANN LAURE BRET is a resident of France.

11.   Plaintiff GUILLAUME BRET is a resident of France.

12.   Plaintiff GLADYS CLERO is a resident of France.

13.   Plaintiff LAURENT CLERO is a resident of France.

14.   Plaintiff PERONY LOUIS is a resident of France.

15.   Plaintiff JESSICA QUINTANE is a resident of France.

16.   Plaintiff OLIVIER CARRASCO is a resident of France.

17.   Plaintiff SANDRINE MAROLLEAU is a resident of France.

18.   Plaintiff BENOIT SANCHILDE is a resident of France.

19.   Plaintiff VIRGINIE SANCHILDE is a resident of France.

20.   Plaintiff XAVIER DAVID is a resident of France.

21.   Plaintiff  EMMANUELLE  BIHAN-FAVE  is  a  resident  of
France.

22.   Plaintiff PHILLIPE BIHAN is a resident of France.

23.   Plaintiff FRANCOIS DUMOULIN is a resident of France.

24.   Plaintiff COLETTE BENASSY is a resident of France.

25.   Plaintiff NICOLE CAMPANA is a resident of France.

26.   Plaintiff JULIEN LALLEMAND is a resident of France.

27.   Plaintiff ANGELO LA COGNATA is a resident of Italy.

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

28.   Plaintiff EKE SHULI is a resident of Italy.

29.   Plaintiff CELINE LACROUTS is a resident of France.

30.   Plaintiff LILIEANA DOBRIA is a resident of Italy.

31.   Plaintiff FIORINO DE SANTO is a resident of Italy.

32.   Plaintiff RAYRUB MARIA TORRES OTANEZ is a resident of Dominican Republic.

33.   Plaintiff RAYSA MERCEDES OTANEZ STURLA is a resident of Dominican Republic.

34.   Plaintiff FAIZAL SULEMAN AGJEE is a resident of South Africa.

35.   Plaintiff NAFEESA AGJEE is a resident of South Africa.

36.   Plaintiff ZAHRA AGJEE is a resident of South Africa.

37.   Plaintiff ZAHEER FAIZAL AGJEE is a resident of South Africa.

38.   Plaintiff CARLOS JOSE PENACOPA PEREZ is a resident of Spain.

39.   Plaintiff JOSE LUIS PENACOPA NAVARRO is a resident of Spain.

40.   Plaintiff SALVATORE CUCCU is a resident of Italy.

41.   Plaintiff GIOVANNA CINUS is a resident of Italy.

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

42. Plaintiff GIOVANNA CINUS, as the representative of LUIGI CUCCU, is the natural guardian of LUIGI CUCCU, a minor, who is a resident of Italy.

43. Plaintiff GIOVANNA CINUS, as the representative of GIULIA CUCCU, is the natural guardian of GIULIA CUCCU, a minor, who is a resident of Italy.

44. Plaintiff LUCA VERBENI is a resident of Italy.

45. Plaintiff FRANCESCA FALCHI is a resident of Italy.

46. Plaintiff FRANCESCA FALCHI, as the representative of LORENZO VERBENI, is the natural guardian of LORENZO VERBENI, a minor, who is a resident of Italy.

47. Plaintiff FRANCESCA FALCHI, as the representative of MATTEO VERBENI, is the natural guardian of MATTEO VERBENI, a minor, who is a resident of Italy.

48. Plaintiff MARIA VALERIA ABALOS is a resident of Argentina.

49. Plaintiff MARIA SILVINA ABALOS is a resident of Argentina.

50. Plaintiff MARIA INES LONA is a resident of Argentina.

51. Plaintiff MARCELA CECILIA FERNANDEZ D'AVOLA is a resident of Argentina.

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

52. Plaintiff NELSON LEONARDO HARASTA is a resident of Argentina.

53. Plaintiff VALENTINA MAKENA HARASTA is a resident of Argentina.

54. Plaintiff CYRIELLE MARIE WAHL is a resident of France.

55. Plaintiff MARTINE WAHL is a resident of France.

56. Plaintiff ELIZABETH TARGINO BEZERRA is a resident of Brazil.

57. Plaintiff ELIZABETH TARGINO BEZERRA, as the representative of MARIA CLARA TARGINO BEZERRA, is the natural guardian of MARIA CLARA TARGINO BEZERRA, a minor, who is a resident of Italy.

58. Plaintiff GIANNI RONCONI is a resident of Italy.

59. Plaintiff ELIANE CONCEICAO TAMIOZZO is a resident of Italy.

60. Plaintiff MAURO SANSONI is a resident of Italy.

61. Plaintiff ANGELA TRITTO is a resident of Italy.

62. Plaintiff ANTONIA NINA FAUCI is a resident of Italy.

63. Plaintiff ANTONIO ABATE is a resident of Italy.

64. Plaintiff FABIO ABATE is a resident of Italy.

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

65.  Plaintiff ROCCO TRITTO is a resident of Italy.

66.  Plaintiff DRAGOS GIURCAN is a resident of Romania.

67.  Plaintiff GEORGE CARAMAN is a resident of Austria.

68.  Plaintiff ANGELA BRAVATA is a resident of Italy.

69.  Plaintiff FRANSERGIO MARTINS DE OLIVEIRA is a resident of Brazil.

70.  Plaintiff MARCIA MARIA NASCIMENTO is a resident of Brazil.

71.  Plaintiff ANNE MARIE KREUTZER is a resident of Germany.

72.  Plaintiff CORNELIA BEHLER is a resident of Germany.

73.  Plaintiff BERNHARD BEHLER is a resident of Germany.

74.  Plaintiff UGO BROLLI is a resident of Germany.

75.  Plaintiff DIETRICH MEYER is a resident of Germany.

76.  Plaintiff EDITH BRUNS is a resident of Germany.

77.  Plaintiff ELKE ANNA MEYER is a resident of Germany.

78.  Plaintiff ELVIRA GERG is a resident of Germany.

79.  Plaintiff GERHARD KOCH is a resident of Germany.

80.  Plaintiff HEINI BOHLANDER is a resident of Germany.

81.  Plaintiff HORST KRIEGER is a resident of Germany.

82.  Plaintiff JOACHIM HEIN is a resident of Germany.

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

83.  Plaintiff KARIN STEINKUEHLER is a resident of Germany.

84.  Plaintiff HELMUT KRAUSE is a resident of Germany.

85.  Plaintiff RENATE KRAUSE is a resident of Germany.

86.  Plaintiff LILLI BROLLI is a resident of Germany.

87.  Plaintiff GERALD LOFFLER is a resident of Germany.

88.  Plaintiff MARVIN WIESENHOFER is a resident of Germany.

89.  Plaintiff MICHAEL WIESENHOFER is a resident of Germany.

90.  Plaintiff PETER ROSCHKE is a resident of Germany.

91.  Plaintiff ROSWITHA KOCH is a resident of Germany.

92.  Plaintiff UTE CHRISTIANE THOMAS is a resident of Germany.

93.  Plaintiff WULF HARTMUT THOMAS is a resident of Germany.

94.  Plaintiff WILHELM GERG is a resident of Germany.

95.  Plaintiff ANNELIESE KEISLING is a resident of Germany.

96.  Plaintiff GUNTER BECKER is a resident of Germany.

97.  Plaintiff RENATE BECKER is a resident of Germany.

98.  Plaintiff GERDA SCHREIBER is a resident of Germany.

99.  Plaintiff DIANA KREUTZER is a resident of Germany.

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

100. Plaintiff KURT SCHREIBER is a resident of Germany.

101. Plaintiff MISCHA MUELLER is a resident of Germany.

102. Plaintiff JANETTE MUELLER is a resident of Germany.

103. Plaintiff SANDRA BIRNSTIEL is a resident of Germany.

104. Plaintiff SUSANNE SCHANZ is a resident of Germany.

105. Plaintiff TATJANA JUSTUS is a resident of Germany.

106. Plaintiff VIKTOR JUSTUS is a resident of Germany.

107. Plaintiff KAI WAHLKREUTZER is a resident of Germany.

108. Plaintiff VERA MEYER is a resident of Germany.

109. Plaintiff ANNELIESE PHILIPPI is a resident of Germany.

110. Plaintiff UDO BREPOHL is a resident of Germany.

111. Plaintiff INGRID BREPOHL is a resident of Germany.

112. Plaintiff SABINE HEIN is a resident of Germany.

113. Plaintiff WILLI HEIN is a resident of Germany.

114. Plaintiff KATOK MARINA is a resident of Russia.

115. Plaintiff ALEXANDER TRUSOV is a resident of Russia.

116. Plaintiff ELENA ZHURUK is a resident of Russia.

117. Plaintiff RUSLAN SIRAZETDINOV is a resident of Russia.

118. Plaintiff LIA ARAGAO is a resident of Brazil.

119. Plaintiff ALESSANDRO COGONI is a resident of Italy.

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

120. Plaintiff ALESSANDRO COGONI, as the representative of MARCO COGONI, is the natural guardian of MARCO COGONI, a minor, who is a resident of Italy.

121. Plaintiff ALESSANDRO COGONI, as the representative of FEDERICO COGONI, is the natural guardian of FEDERICO COGONI, a minor, who is a resident of Italy.

122. Plaintiff CLAUDIA URRU is a resident of Italy.

123. Plaintiff NATHALIA COSTA LIMA BEZERRA is a resident of Brazil.

124. Plaintiff NATHALIA COSTA LIMA BEZERRAM, as the representative of MARIA CLARA BEZERRA, is the natural guardian of MARIA CLARA BEZERRA, a minor, who is a resident of Brazil.

125. Plaintiff CAROLINA COSTA LIMA BEZERRA is a resident of Brazil.

126. Plaintiff CARMEN TINELLI is a resident of Italy.

127. Plaintiff MARIA ANGELICA HUILCA GALINDO, as the representative of DIEGO MONTESSI, is the natural guardian of DIEGO MONTESSI, a minor, who is a resident of Italy.

128. Plaintiff ELIO MONTESSI is a resident of Italy.

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

129. Plaintiff MARIA ANGELICA HUILCA GALINDO, as the representative of FILIPPO MONTESSI, is the natural guardian of FILIPPO MONTESSI, a minor, who is a resident of Italy.

130. Plaintiff MARCO MONTESSI is a resident of Italy.

131. Plaintiff MARIA ANGELICA HUILCA GALINDO is a resident of Italy.

132. Plaintiff GIANLUCA GABRIELLI is a resident of Italy.

133. Plaintiff LAURA AVALLONE, as the representative of GIORGIA GABRIELLI, is the natural guardian of GIORGIA GABRIELLI, a minor, who is a resident of Italy.

134. Plaintiff LAURA AVALLONE, as the representative of GIULIA GABRIELLI, is the natural guardian of GIULIA GABRIELLI, a minor, who is a resident of Italy.

135. Plaintiff LAURA AVALLONE is a resident of Italy.

136. Plaintiff ROSA CAMPANELLA is a resident of Italy.

137. Plaintiff ROSA FERRARA is a resident of Italy.

138. Plaintiff VALENTINA GRATTAGLIANO is a resident of Italy.

139. Plaintiff VITA GRECO is a resident of Italy.

140. Plaintiff GIUSEPPE MICCOLI is a resident of Italy.

141. Plaintiff MARIO MICCOLI is a resident of Italy.

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

142. Plaintiff MARIO MICCOLI, as the representative of NUNZIA MICCOLI, is the natural guardian of NUNZIA MICCOLI, a minor, who is a resident of Italy.

143. Plaintiff VITO MICOOLI is a resident of Italy.

144. Plaintiff LEONARDA SABATELLI is a resident of Italy.

145. Plaintiff ROSA ZACCARIA is a resident of Italy.

146. Plaintiff ANGELA MARIA REDMANN is a resident of Germany.

147. Plaintiff SAFAA SIKRI is a resident of Moldova.

148. Plaintiff GEORGIOS SIAVVAS is a resident of Greece.

149. Plaintiff DARIA BUC is a resident of Greece.

150. Plaintiff SANDRINE ROQUE is a resident of France.

151. Plaintiff ROSILDO ROQUE is a resident of France.

152. Plaintiff PATRICIA DUNACUSKY is a resident of France.

153. Plaintiff JEAN RENE MARTIN is a resident of France.

154. Plaintiff PIERRE BERTAULT-PERES is a resident of France.

155. Plaintiff FRANCOISE BERTAULT-PERES is a resident of France.

156. Defendant CARNIVAL CORPORATION ("Carnival") is a Panamanian corporation with its principal place of business in Miami-

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

Dade County, Florida. Carnival engages in substantial and not isolated business in Miami-Dade County, Florida.

157. Defendant COSTA CRUISE LINES, INC. ("Costa Cruise Lines") is a Florida Corporation and is a wholly-owned subsidiary of Carnival

158. Defendant COSTA CROCIERE, S.P.A. ("Costa Crociere"), is an Italian corporation and is a wholly-owned subsidiary of Carnival. Costa Crociere has applied for and received a certificate of authority from the Florida Department of State to transact business in this state. Costa Crociere engages in business and maintains an office and registered agent in Hollywood, Florida.

## JURISDICTION & VENUE

159. This Court has original diversity jurisdiction under 28 U.S.C. § 1332(a)(3) because the matter in controversy exceeds the sum of $75,000 and is between citizens of different states (New York and Wisconsin versus Florida) with citizens of foreign states as additional parties.

160. This Court additionally has original diversity jurisdiction under 28 U.S.C. § 1332(d)(2) & (11) because the monetary relief claims of 100 or more plaintiffs, each of which exceeds the sum of $75,000, is

proposed to be tried jointly on the grounds that the claims involve common questions of law or fact, and because the matter in controversy exceeds the sum or value of $5,000,000 and minimal diversity exists.

161. This Court has personal jurisdiction over Defendants. Defendants are Florida corporations, engage in business in Florida, or maintain an office or agent in Florida. *See* Fed. R. Civ. P. 4(k)(1)(A); Fla. Stat. § 48.193.

162. Venue in this Court is appropriate. Defendants reside in the Southern District of Florida. *See* 28 U.S.C. § 1391.

## THE CARNIVAL CORPORATION

163. Carnival is the largest and financially strongest cruise company and amongst the largest and most profitable vacation companies in the world.

164. Carnival has a portfolio of widely recognized cruise brands that are marketed in all major vacation markets of the world and are a leading provider of cruises to all major vacation destinations.

165. Carnival's brands include Costa Cruises, which calls on 250 ports around the world.

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

166. Carnival directly and/or through its agents undertakes to train and supervise the crew, including officers, in ship maneuvering, bridge resource management, ship stability, emergency preparedness and other maritime skills for all of its cruise brands, including Costa Cruises, recognizing that the same is essential to the safety of passengers.

## CONCORDIA

167. Concordia is a Costa Cruises branded cruise ship within the Carnival fleet.

168. Concordia is a 951-foot, 14-deck cruise ship. She has 1,500 cabins and the capacity for 3,780 passengers and 1,100 crew.

169. Concordia is owned and operated by one or more of Defendants directly and/or through one of their subsidiaries or agents.

## THE CONCORDIA SHIPWRECK

170. On or about January 13, 2012 at 9:30 p.m. local time, Concordia struck the le Scole Reef, a rocky outcrop just off the coast of Isola del Giglio, Italy. The collision tore a 160 foot gash in Concordia's hull.

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

171. The le Scole Reef and surrounding waters are well-known and long-charted. Concordia was about 800 meters from shore at the time of the collision.

172. Maneuvering (or authorizing the maneuvering of) a 4,000 person cruise ship within a kilometer of shore in an area well-known to have dangerous reefs, colliding with those reefs, and tearing a 160 foot gash in her hull does not occur in the absence of reckless disregard for human life.

173. Pier Luigi Foschi, a director of Carnival, Costa Cruise Lines and Costa Crociere, stated that Concordia's Captain took an unauthorized route too close to shore on January 13, 2012. But Concordia's Captain has claimed that Costa Cruises management directed the route.

174. Independent monitors revealed that, on August 14, 2011, the Concordia took an almost identical route along the coast of Giglio—a similarly dangerous and reckless route considering its proximity to shore and known reefs. And Foschi later admitted that management had reviewed and authorized such a route in August 2011.

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

175. Foschi also admitted to the existence of an alarm system which sounded upon any deviation in Concordia's preprogrammed route.

## THE CHAOS AS CONCORDIA SINKS

176. Within fifteen minutes of the collision, Concordia's engine room informed the Captain that the hull was irreparably breached, that that generators and engines were submerged, and that "there was nothing to be done." The Captain knew Concordia would sink.

177. Soon thereafter, the onboard lights began to flicker, Concordia began to list, and passengers began to panic.

178. The passengers, however, were not told of the collision or that Concordia was sinking. Despite a coded alarm to the crew indicating a breached hull, passengers were told: "please stay calm, everything is under control, it's just a minor technical fault."

179. Fending for themselves, passengers began to call the Italian police onshore, who forwarded their pleas to the Italian coast guard. In response, the Italian coast guard contacted Concordia for a report on the situation, but was not told of the collision or the gash in her hull.

180. Around 10:05 p.m., Concordia's Captain told the coast guard that: "It's all OK, it's just a blackout, we're taking care of the situation."

181. Also around 10:05 p.m., Concordia's Captain informed Defendants of the situation. Foschi would later state: "Normally, we evaluate the situation and if necessary we can give advice.  This time we didn't get to give advice because what the captain said in his [10:05 p.m.] conversation didn't correspond to the truth."

182. Upon information and belief, Defendants knew or should have known around 10:05 p.m. that Concordia was sinking and that the passengers were not being evacuated.

183. Around 10:16 p.m., the Italian coast guard contacted Concordia again, and her Captain admitted that water was coming into her hull, but stated there was no emergency.

184. Around 10:30 p.m., under pressure from the Italian coast guard, Concordia agreed to send a mayday signal. Concordia was then listing at 20 degrees—this was an hour after the collision.

185. Although no order or direction to abandon ship was given, using their own common sense and human instinct for survival

Colson Hicks Eidson, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

passengers donned life vests and gathered by lifeboats. But Concordia's crew turned them away.

186. As Concordia sunk, her crew told passengers trying to abandon ship to return to their cabins and that the "electrical problems" were under control.

187. Finally, around 10:50 p.m., again under pressure from the Italian coast guard, Concordia's Captain ordered the ship to be abandoned. But by this time many of the lifeboats were inaccessible because of Concordia's ever-worsening list.

188. Less than an hour later, the Captain and some of the senior crew boarded a lifeboat and abandoned Concordia with women and children and elderly passengers.

189. Concordia's crew was unprepared to evacuate Concordia with a significant list.

190. Around 11:40 p.m., Concordia's Captain was seen ashore. But he later informed the Italian coast guard that he was "coordinating the rescue."

191. The stories told by passengers who survived the ordeal were ones of chaos, lies, and abandonment—Concordia's crew ignored her passengers, leaving only "chefs and waiters" to help them survive—

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

passengers were forced to jump into the freezing waters in an attempt to swim for shore.

192. The events onboard the Concordia could not occur in the absence of negligence or reckless disregard of human life. Every passenger on board could have been saved had they been instructed to abandon ship immediately after the collision or had the passengers been allowed to follow their own instincts and board the lifeboats. Instead, the crew turned them away—a death sentence for some.

193. Thirty-two people perished aboard Concordia that night.

194. In response to the disaster, Carnival admitted that a committee of its board is hiring outside experts to conduct an audit of the company's emergency response and safety procedures.

195. Plaintiffs were on board Concordia at the time of the shipwreck and suffered injury and damage as a result of the shipwreck and the actions of the Defendants thereafter.

## – COUNT I –
### NEGLIGENCE AGAINST ALL DEFENDANTS

196. Plaintiffs incorporate all previous allegations as if fully set forth herein.

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

197. Defendants, directly and/or by and through their agents and employees, as the owners and/or operators of the Concordia, owed her passengers, including Plaintiffs, a duty to exercise reasonable care under the circumstances to avoid causing personal injury and death.

198. Defendants breached this duty by:

a.     failing to subject passengers to safety and evacuation drills;

b.     failing to prevent Concordia from steering an unsafe and reckless route off the coast of Giglio by approving of the route and similar routes in the past.

c.     failing to prevent Concordia's collision with the rocks off the coast of Giglio;

d.     failing to warn and notify the passengers of the collision and pending emergency in a timely fashion by lying and concealing the truth regarding the collision and imminent sinking;

e.     failing to warn the authorities and others in a position to aid Concordia of the collision and pending emergency in a timely fashion by failing to communicate the truth to the Italian coast guard;

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

f.    failing to order the ship abandoned in a timely fashion once it was apparent the ship would sink; and

g.    failing to assist passengers in abandoning ship by preventing them from boarding lifeboats, lying to them about the need to evacuate, failing to properly operate emergency equipment onboard such as lifeboats, and failing to know how evacuate the ship while listing.

199. As a direct and proximate result of these breaches, Plaintiffs suffered personal injury, pain and suffering, property damage, and economic and non-economic injury.

## – COUNT II –
### NEGLIGENT RETENTION AGAINST ALL DEFENDANTS

200. Plaintiffs incorporate all previous allegations as if fully set forth herein.

201. Defendants, directly and/or by and through their agents, were the employers of Concordia's crew, including her Captain, and/or had the authority to direct the employment of Concordia's crew, including her Captain. Defendants had the ability to control Concordia's crew, including her captain such as to substantially reduce the probability of harm to other persons.

202. Defendants had notice that Concordia's Captain had a propensity for recklessly maneuvering Concordia close to shore and that he would do so again in a manner dangerous to all aboard.

203. That Concordia's Captain would have maneuvered the Concordia in such a reckless manner again, was either known to Defendants or could reasonably have been anticipated by them and could have been prevented by Defendants exercise of due diligence and authority over Concordia's Captain. Defendants failed to do so.

204. Upon information and belief, Defendants had notice around 10:05 p.m. on the night of the shipwreck, that Concordia had a gash in her hull and would sink, but that the Captain, recklessly, had not ordered the ship abandoned or informed the Italian coast guard which in all probability would greatly harm all aboard.

205. That Concordia's Captain's reckless failure to act would continue as Concordia sank could reasonably have been anticipated by Defendants and could have been prevented by Defendants exercise due diligence and authority over Concordia's Captain that night. Defendants failed to do so.

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

206. As a direct and proximate result of Defendants' failures, Plaintiffs suffered personal injury, pain and suffering, property damage, and economic and non-economic injury.

### – COUNT III –
### NEGLIGENT TRAINING AGAINST CARNIVAL

207. Plaintiffs incorporate all previous allegations as if fully set forth herein.

208. Carnival, having undertaken to train and supervise Concordia's crew, negligently and carelessly failed to use reasonable care to fulfill this undertaking.

209. This failure increased the risk of harm to Concordia's passengers and/or amounted to a breach of the undertaken duties owed by the owner and/or operator of Concordia to her passengers. Concordia's crew was utterly unprepared and untrained to properly handle a serious emergency, much less, the Concordia Shipwreck. Concordia's crew did not conduct proper emergency drills with passengers, did not communicate the nature of the emergency to passengers, did not allow passengers to abandon ship to save their own lives, and did not know how to assist passengers in abandoning a listing ship.

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

210. As a direct and proximate result of these breaches, Plaintiffs suffered personal injury, pain and suffering, property damage, and economic and non-economic injury.

## PRAYER FOR RELIEF

WHEREFORE Plaintiffs demand all available damages against Defendants, pre- and post-judgment interest, all available costs, fees and expenses, and any other supplemental relief the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury for all issues so triable.

Dated this 4th day of September, 2012.

COLSON HICKS EIDSON, 255 Alhambra Circle, Penthouse, Coral Gables, Fl 33134
Telephone No. (305) 476-7400/Facsimile (305) 476-7444

Respectfully submitted,


COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

/s/ Curtis B. Miner
**Lewis S. Eidson**
Fla. Bar. No. 151088
mike@colson.com
**Curtis B. Miner**
Fla. Bar. No. 885681
curt@colson.com
**Francisco R. Maderal**
Fla. Bar. No. 0014181
frank@colson.com