UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23194-DIMITROULEAS/SNOW

HECTOR PEREZ *et al.*

    Plaintiffs,

vs.

CARNIVAL CORPORATION, COSTA
CRUISE LINES, INC., and COSTA
CROCIERE S.P.A.,

    Defendants.
_____/

## ORDER DISMISSING CASE

THIS CAUSE is before the Court upon Defendants' Motion to Dismiss for *Forum Non Conveniens* [DE 16].  The Court granted the motion on condition that the Defendants make certain stipulations. [DE 43].  The Defendants have made those stipulations. [DE 44].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Defendants' Motion to Dismiss for *Forum Non Conveniens* [DE 16] is **GRANTED**.

2.     This action is **DISMISSED**;

3.     The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of February, 2013.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record