UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23194-DIMITROULEAS/SNOW

HECTOR PEREZ, *et al.*,

      Plaintiffs,

v.

CARNIVAL CRUISE CORPORATION,
COSTA CRUISE LINES, INC., and
COSTA CROCIERE S.P.A.,

      Defendants.

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given, pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, that the Plaintiffs identified in Schedule A to this Notice of Appeal, hereby appeal to the U.S. Court of Appeals for the Eleventh Circuit (1) the Order Granting Motion to Dismiss for *Forum Non Conveniens* [Doc. 43], entered on February 22, 2013 in this civil action, and (2) the Order Dismissing Case [Doc. 45], entered on February 25, 2013 in this civil action.

      Dated: March 20, 2013

Respectfully submitted,

COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tel. (305) 476-7400
Fax. (305) 476-7444

By: s/ Curtis B. Miner
    Curtis B. Miner  (FBN# 885681)
    E-Mail:  curt@colson.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I HEREBY CERTIFY that on March 20, 2013, I filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

*s/ Curtis B. Miner*
Curtis B. Miner

## SERVICE LIST

Thad T. Dameris
HOGAN LOVELLS US LLP
Suite 4300
700 Louisiana Street
Houston, TX 77002
Tel: 713-632-1400
Fax: 713-583-6297
E-mail: thad.dameris@hoganlovells.com

David J. Weiner
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: 202-637-5617
E-mail: david.weiner@hoganlovells.com

Alvin F. Lindsay, III
HOGAN LOVELLS US LLP
200 South Biscayne Boulevard
Miami, FL 33131
Tel: 305-459-6500
Fax: 305-459-6550
E-mail: alvin.lindsay@hoganlovells.com

*Attorneys for Defendants*

## SCHEDULE A

1. Hector Perez
2. Mehrdad Kajian
3. Michael Van Dijk
4. Narien Van Dijk
5. Genevieve Bourgeois
6. Roger Sourthez
7. Danielle Perruchon
8. Guillaume Bernard
9. Ann Laure Bret
10. Guillaume Bret
11. Gladys Clero
12. Laurent Clero
13. Perony Louis
14. Jessica Quintane
15. Olivier Carrasco
16. Sandrine Marolleau
17. Benoit Sanchilde
18. Virginie Sanchilde
19. Xavier David
20. Emmanuelle Bihan-Fave
21. Phillipe Bihan
22. Francois Dumoulin
23. Colette Benassy
24. Nicole Campana
25. Angelo La Cognata
26. Eke Shuli
27. Lilieana Dobria
28. Fiorino De Santo
29. Rayrub Maria Torres Otanez
30. Raysa Mercedes Otanez Sturla
31. Carlos Jose Penacopa Perez
32. Jose Luis Penacopa Navarro
33. Salvatore Cuccu
34. Giovanna Cinus
35. Giovanna Cinus, as the representative of Luigi Cuccu
36. Giovanna Cinus, as the representative of Giulia Cuccu
37. Maria Valeria Abalos

38. Maria Silvina Abalos
39. Maria Ines Lona
40. Marcela Cecilia Fernandez D'Avola
41. Nelson Leonardo Harasta
42. Valentina Makena Harasta
43. Cyrielle Marie Wahl
44. Martine Wahl
45. Elizabeth Targino Bezerra
46. Elizabeth Targino Bezerra, as the representative of Maria Clara Targino Bezerra
47. Gianni Ronconi
48. Eliane Conceicao Tamiozzo
49. Mauro Sansoni
50. Angela Tritto
51. Antonia Nina Fauci
52. Antonio Abate
53. Fabio Abate
54. Rocco Tritto
55. Dragos Giurcan
56. George Caraman
57. Angela Bravata
58. Fransergio Martins De Oliveira
59. Marcia Maria Nascimento
60. Anne Marie Kreutzer
61. Cornelia Behler
62. Bernhard Behler
63. Dietrich Meyer
64. Ugo Brolli
65. Edith Bruns
66. Elke Anna Meyer
67. Elvira Gerg
68. Gerhard Koch
69. Heini Bohlander
70. Horst Krieger
71. Joachim Hein
72. Karin Steinkuehler
73. Helmut Krause
74. Renate Krause
75. Lilli Brolli

76. Gerald Loffler
77. Marvin Wiesenhofer
78. Michael Wiesenhofer
79. Peter Roschke
80. Roswitha Koch
81. Ute Christiane Thomas
82. Wulf Hartmut Thomas
83. Wilhelm Gerg
84. Anneliese Keisling
85. Gunter Becker
86. Renate Becker
87. Gerda Schreiber
88. Diana Kreutzer
89. Kurt Schreiber
90. Mischa Mueller
91. Janette Mueller
92. Sandra Birnstiel
93. Susanne Schanz
94. Tatjana Justus
95. Viktor Justus
96. Kai Wahlkreutzer
97. Vera Meyer
98. Anneliese Philippi
99. Udo Brepohl
100. Ingrid Brepohl
101. Sabine Hein
102. Willi Hein
103. Katok Marina
104. Alexander Trusov
105. Elena Zhuruk
106. Ruslan Sirazetdinov
107. Lia Aragao
108. Alessandro Cogoni
109. Alessandro Cogoni, as the representative of Marco Cogoni
110. Alessandro Cogoni, as the representative of Federico Cogoni
111. Claudia Urru
112. Nathalia Costa Lima Bezerra
113. Nathalia Costa Lima Bezerram, as the representative of Maria Clara Bezerra
114. Carolina Costa Lima Bezerra

115. Maria Angelica Huilca Galindo
116. Gianluca Gabrielli
117. Laura Avallone, as the representative of Giorgia Gabrielli
118. Laura Avallone, as the representative of Giulia Gabrielli
119. Laura Avallone
120. Angela Maria Redmann
121. Safaa Sikri
122. Georgios Siavvas
123. Daria Buc
124. Sandrine Roque
125. Rosildo Roque
126. Patricia Dunacusky
127. Jean Rene Martin
128. Pierre Bertault-Peres
129. Francoise Bertault-Peres